14225.  ROBERTS *v.* THE STATE.

LUKE, J.  1. Under all the particular facts of the case it does not appear that the trial judge abused his discretion in overruling the motion for a continuance.

2. There was evidence to authorize the defendant's conviction.  The verdict has the approval of the trial judge.  It was not error, for any reason assigned, to overrule the motion for a new trial.

     *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
               DECIDED APRIL 12, 1923.

Indictment for making liquor; from Cherokee superior court — Judge Blair.  December 13, 1922.

*Brooke & Henderson,* for plaintiff in error.